UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINSURG INTERNATIONAL, INC.

     Plaintiff,

v.                                 Case No.  8:10-cv-1589-T-33EAJ

NUVASIVE, INC., FRONTIER
DEVICES, INC., OSTEOTECH,
INC., NUTECH MEDICAL, INC.,
NUFIX, INC., KENNETH HORTON,
VG INNOVATIONS, LLC, DANNY
WAYNE GRAYSON, BACTERIN
INTERNATIONAL, INC.,
FACET FUSION TECHNOLOGIES,
LLC.,

     Defendants.
_____/

**ORDER**

This matter comes before the Court upon consideration of Plaintiff Minsurg International Inc.'s "Motion for Preliminary Injunction" (Doc. # 9), filed on August 3, 2010 and Plaintiff Minsurg International Inc.'s "Motion for Leave to File Tangible CD-ROM Exhibit to Declaration in Support of Motion for Preliminary Injunction" (Doc. # 13), also filed on August 3, 2010.

Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a Magistrate Judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for

the disposition of such motions. For purposes of judicial economy and in order to expedite the disposition of these motions, the Court shall so refer the aforementioned motions.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff Minsurg International Inc.'s "Motion for Preliminary Injunction" (Doc. # 9) is hereby referred to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, and deadlines related thereto.

(2) Plaintiff Minsurg International Inc.'s "Motion for Leave to File Tangible CD-ROM Exhibit to Declaration in Support of Motion for Preliminary Injunction" (Doc. # 13) is hereby referred to the Honorable Elizabeth A. Jenkins, United States Magistrate Judge, for disposition.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>4th</u> day of August, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Parties of Record