UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINSURG INTERNATIONAL, INC.,

        Plaintiff,
v.                            Case No. 8:10-cv-1589-T-33EAJ

NUVASIVE, INC., et al.,

        Defendants.
_____/

**ORDER**

This cause is before the Court pursuant to Defendant Frontier Devices's Motion to Dismiss, or in the Alternative to Sever and Transfer (Doc. # 34), filed on August 13, 2010. On August 30, 2010, Plaintiff Minsurg International, Inc. filed a Response in Opposition to Frontier's Motion. (Doc. # 74). Frontier filed a timely Reply on September 3, 2010. (Doc. # 107). In this patent infringement dispute, Frontier moves the Court to dismiss this action on the grounds that an earlier-filed case in the U.S. District Court for the Northern District of Alabama[1] should be given precedence, or in the alternative, to sever all of Minsurg's claims against Frontier and transfer them to be consolidated with the suit in the Northern District of Alabama. (Doc. # 34). For the reasons

---

[1] <u>Frontier Devices, Inc. v. minSURG Corp., Inc.</u>, No. 2:10-cv-1796-RDP (N.D. Ala. July 2, 2010).

1

that follow, Frontier's Motion is denied.

Frontier is an Alabama corporation located in Birmingham, Alabama. (Doc. # 34 at 2). In 2008, Frontier developed a system "that incorporates unique instruments and procedures for implanting machined allograft cortical bone dowels into spinal facet joints for fusing the joints together." Id. The system, marketed under the name Fusio, is provided as a kit. Id. Minsurg, on the other hand, is a Florida corporation which distributes a spinal facet joint fusion system under the name TruFUSE. (Doc. # 1). Minsurg's TruFUSE system competes with Frontier's Fusio system. Id.

Minsurg allegedly informed Frontier and others that Frontier was infringing United States Patent No. 7,708,761 (the '761 Patent), of which Minsurg is the assignee. (Doc. # 34-1 at 6-7). According to Minsurg, the '761 Patent "covers the use of a facet joint fusion plug . . . that is inserted through a portal . . . to be placed in between facet joints." Id. at 6. As a result, on July 2, 2010, Frontier filed suit in the U.S. District Court for the Northern District of Alabama, requesting relief under the Lanham Act for Minsurg's alleged false advertising and unfair competition. (Doc. # 34 at 4). It also sought a declaration of noninfringement, invalidity and unenforceability of the '761 patent. Id.

2

Thereafter, on July 19, 2010, Minsurg filed this lawsuit against Frontier and others in the same business, alleging infringement of seven patents, including the '761 Patent, as well as violations under the Lanham Act, common law unfair competition, violation of the Florida Deceptive and Unfair Trade Practices Act, tortious interference with business and contractual relations, and defamation. (Doc. # 1 at 1-2).

By its Motion, Frontier asserts that this action was filed after its action, involving identical claims on the same patent, was commenced in the Northern District of Alabama. (Doc. # 34 at 4). Hence, under the "first-filed rule," Frontier argues that this action should be dismissed because Minsurg's claims are compulsory counterclaims that must be asserted in the Alabama action, or alternatively, the claims against Frontier Devices should be severed and transferred to the U.S. District Court for the Northern District of Alabama. (Doc. # 34 at 5-6).

However, on September 30, 2010, after undertaking an analysis of the first-filed rule and concluding that an exception applied, the Honorable R. David Proctor, United States District Court Judge for the Northern District of Alabama, transferred the Alabama action to this District. (Docs. ## 128-1 at 7, 128-2). On November 4, 2010, the former

3

Alabama action was assigned to this Court as case number 8:10-cv-2294-T-33-EAJ.  Consequently, there is no longer an earlier-filed action pending in Alabama.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendant Frontier Devices's Motion to Dismiss, or in the Alternative to Sever and Transfer (Doc. # 34) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of January 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:  All Counsel and Parties of Record

4