UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINSURG INTERNATIONAL, INC.,

             Plaintiff,

v.                      Case No.  8:10-cv-1589-T-33EAJ

NUVASIVE, INC., et al.,

             Defendants.

_____/

**<u>ORDER</u>**

This cause is before the Court pursuant to Defendants NuFix, Inc., NuTech Medical, Inc., and Kenneth Horton's Motion to Dismiss or, in the Alternative, to Sever and Transfer (Doc. # 67), filed on August 25, 2010.  On September 13, 2010, Plaintiff Minsurg International filed a Response in Opposition to the NuFix Defendants' Motion.  (Doc. # 112).  In this patent infringement dispute, the NuFix Defendants move this Court to dismiss this action on the grounds that an earlier-filed case in the U.S. District Court for the Northern District of Alabama[1] should be given precedence, or in the alternative, to sever all of Minsurg's claims against the NuFix Defendants and transfer them to be consolidated with the

---

[1] <u>NuFix, Inc. & Nutech Medical, Inc. v. minSURG Corp., Inc. & minSURG International, Inc.</u>, No. 2:10-cv-1747-KOB (N.D. Ala. June 29, 2010).

suit in the Northern District of Alabama. (Doc. # 67). For the reasons that follow, the NuFix Defendants' Motion is denied.

Mr. Horton is the majority owner of both NuFix and Nutech, which are Alabama corporations incorporated in 2007, and 1994, respectively. (Doc. # 67 at 2). Since 1994, Nutech has been involved in the development and distribution of medical and orthopedic products, especially products derived from donated human tissue. <u>Id.</u> NuFix, on the other hand, was incorporated for the purpose of designing and selling a "facet antimigration dowel allograft" which is designed to be inserted into the facet joint of the human spine in order to fuse the joint together and reduce or eliminate lower back pain. <u>Id.</u> Pursuant to an agreement between the companies, NuFix produces the NuFix allograft and Nutech distributes it. <u>Id.</u>

Minsurg, a competitor of the NuFix Defendants, is a Florida corporation which markets a spinal facet joint fusion system under the name TruFUSE. (Docs. ## 1 at 2, 67 at 3, 112 at 3). Minsurg allegedly informed the NuFix Defendants and others that the NuFix Defendants were infringing United States Patent No. 7,708,761 (the '761 Patent), entitled "Spinal Plug for a Minimally Invasive Facet Joint Fusion System," of which

2

Minsurg is the assignee. (Docs. ## 67 at 4-5, 112 at 3).
Minsurg has also obtained United States Patent No. 603,502
(the '502 Patent) on its "surgical impactor." (Doc. # 67 at
3). On June 29, 2010, the NuFix Defendants filed suit in the
U.S. District Court for the Northern District of Alabama,
requesting a declaration of noninfringement, invalidity and
unenforceability of the '761 and '502 Patents, as well as
various tort claims. (Doc. # 67 at 6).

Thereafter, on July 19, 2010, Minsurg filed this lawsuit
against the NuFix Defendants and others in the same business,
alleging infringement of seven patents, including the '761 and
'502 Patents, as well as violations under the Lanham Act,
common law unfair competition, violation of the Florida
Deceptive and Unfair Trade Practices Act, tortious
interference with business and contractual relations, and
defamation, (Doc. # 1 at 1-2).

By their Motion, the NuFix Defendants assert that this
action was filed after its action, involving identical claims
on the same patent, was commenced in the Northern District of
Alabama. (Doc. # 67 at 7-8). Hence, under the "first-filed
rule," the NuFix Defendants argue that this action should be
dismissed because Minsurg's claims are compulsory
counterclaims that must be asserted in the Alabama action, or

3

alternatively, the claims against the NuFix Defendants should be severed and transferred to the U.S. District Court for the Northern District of Alabama.   Id.

However, on October 1, 2010, after adopting and incorporating Judge R. David Proctor's analysis as to the first-filed rule and concluding that an exception applied, the Honorable Karon Owen Bowdre, United States District Court Judge for the Northern District of Alabama, transferred the Alabama action to this District. (Case No. 2:10-cv-1747-KOB, Docs. ## 30, 31).   On October 19, 2010, the former Alabama action was assigned to this Court as case number 8:10-cv-2315-T-33-AEP.   Consequently, there is no longer an earlier-filed action pending in Alabama.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Defendants NuFix, Inc., Nutech Medical, Inc., and Kenneth Horton's Motion to Dismiss or, in the Alternative, to Sever and Transfer (Doc. # 67) is **DENIED.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 20th day of January 2011.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

4

Copies:   All Counsel and Parties of Record