UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MINSURG INTERNATIONAL, INC.,

        Plaintiff,

v.

NUVASIVE, INC. et al.,

        Defendants.
_____/

Case No. 8:10-CV-1589

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

minSURG International, Inc. and minSURG Corporation, Inc., on the one hand, and Nutech Medical, Inc., NuFix, Inc. (now known as NuTech Spine, Inc.), and Kenneth Horton, on the other hand, stipulate to the dismissal of all claims and counterclaims between each other with prejudice, each party to bear its own fees and costs.

| | |
|---|---|
| /s/ Frank R. Jakes | /s/ Ellen T. Mathews |
| Frank R. Jakes, FBN #372226<br>Zachary D. Messa, FBN #0513601<br>JOHNSON POPE BOKOR RUPPEL & BURNS LLP<br>403 E. Madison Street, Suite 400<br>Tampa, FL 33602<br>Telephone: 813-225-2500<br>Facsimile: 813-223-7118<br>E-mail: frankJ@jpfirm.com<br>            zacharym@jpfirm.com<br>and<br>M. Roy Goldberg, pro hac vice<br>Darren M. Franklin, pro hac vice<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>1300 I Street, NW, 11th Floor East<br>Washington, DC 20005<br>Telephone: (202) 218-0000<br>Facsimile: (202) 312-9425<br>E-mail: rgoldberg@sheppardmullin.com<br>       dfranklin@sheppardmullin.com<br>Attorneys for MINSURG INTERNATIONAL, INC. and MINSURG CORPORATION, INC. | Ellen T. Mathews, Esq.<br>Gerald P. Gillespy, Esq.<br>Burr & Forman, LLP<br>420 N. 20th Street, Suite 3400<br>Birmingham, Alabama 35203<br>emathews@burr.com<br>gillespy@burr.com<br><br>Attorneys for NUTECH MEDICAL, INC., NUFIX, INC., and KENNETH HORTON |

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on October 7, 2011, I filed the foregoing using the CM/ECF electronic filing system, which will serve a copy of the foregoing on the following:

Jan M. Conlin, Esq.
Munir R. Meghjee, Esq.
Seth A. Nielsen, Esq.
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Ave., Suite 2800
Minneapolis, Minnesota 55402-2015
jmconlin@rkmc.com
mrmeghjee@rkmc.com
sanielsen@rkmc.com

Ellen T. Mathews, Esq.
Gerald P. Gillespy, Esq.
Burr & Forman, LLP
420 N. 20th Street, Suite 3400
Birmingham, Alabama 35203
emathews@burr.com
gillespy@burr.com

John R. Posthumas, Esq.
Sheridan Ross, PC
1560 Broadway, Suite 1200
Denver, Colorado 80202
jposthumas@sheridanross.com

/s/ *Frank R. Jakes*
Frank R. Jakes, FBN 372226
Email: frankj@jpfirm.com
Zachary D. Messa, FBN 0513601
Email: zacharym@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
403 E. Madison Street, Suite 400
Tampa, Florida 33602
Telephone: 813-225-2500
Facsimile: 813-223-7118